463 A.2d 29

Commonwealth v. Bethel, Appellant.

Submitted May 3, 1983.   Elaine DeMasse, Assistant Public Defender, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTGOMERY and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge.  Marvin R. Halbert is affirmed.